**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

CASE NO.:   2:25-cv-00814

WILLA NANETTE WILLIAMS,

    Plaintiff,

v.

LOWE'S HOME CENTERS, LLC,

    Defendant.

_____/

**NOTICE OF LEAD COUNSEL APPEARANCE**
**AND DESIGNATION OF E-MAIL ADDRESSES**

Please take notice that Krystal Yearwood-Moise, Esq. of Wilson Elser Moskowitz Edelman & Dicker, LLP, enters her appearance as counsel for Defendant, LOWE'S HOME CENTERS, LLC.  She designates the following e-mail addresses for service of all documents required to be served in this proceeding:

| | |
|---|---|
| Primary E-mail Address: | Krystal.Yearwood-Moise@wilsonelser.com |
| Secondary E-mail Address: | Kathy.Arline@wilsonelser.com |
| Secondary E-mail Address: | Danielle.Weisman@wilsonelser.com |
| Secondary E-mail Address: | Elizabeth.Davidson@wilsonelser.com |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **September 9, 2025** a true and correct copy of the foregoing, with Exhibits, has been electronically filed via the CM/ECF Portal in the Middle District of Florida – Fort Myers Division, which will generate a notice of filing to Plaintiff's counsel:  **JOSEPH   R.   NORTH,   SR.,   ESQUIRE,**

1

(jrobertnorth@thenorthlawfirm.org;     mikelkinser@thenorthlawfirm.org;

joseph@thenorthlawfirm.org; clg@thenorthlawfirm.org) (Attorney for Plaintiff).

        */s/* Krystal Yearwood Moise, Esq.
        KRYSTAL YEARWOOD-MOISE, ESQUIRE
        Florida Bar No. 42987
        Krystal.Yearwood-Moise@wilsonelser.com
        KATHY ARLINE, ESQUIRE
        Florida Bar No. 92244
        Kathy.Arline@wilsonelser.com
        Wilson Elser Moskowitz Edelman & Dicker, LLP
        111 North Orange Avenue, Suite 1200
        Orlando, FL 32801
        (407) 203-7599 - Phone
        (407) 648-1376 – Facsimile
        Attorneys for Defendant