IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA CIVIL ACTION

WILLA NANETTE WILLIAMS,

Plaintiff,

vs. CASE NO.

LOWE'S HOME CENTERS, LLC,

Defendant.
_________________________________//

**COMPLAINT**
**AND DEMAND FOR JURY TRIAL**

COMES NOW the Plaintiff, Willa Nanette Williams, by and through the undersigned attorneys, and sues the Defendant, Lowe's Home Centers, LLC, and alleges as follows:

1. This is an action for damages that exceed the Court's $50,000.00 minimum jurisdictional limits.

2. The Plaintiff, Willa Nanette Williams, is a resident of Lee County, Florida.

3. The Defendant, Lowe's Home Centers, LLC, is a North Carolina corporation licensed to do business for profit in the State of Florida and in Lee County, Florida.

4. The incident, which is the subject of this lawsuit, occurred in Lee County, Florida.

5. On or about September 15, 2024, Lowe's Home Centers, LLC, was the owner and/or in possession of the business located at 1651 Northeast Pine Island Road. [Hereinafter to be referred to as the subject premises]. The Defendant operated a Lowe's on the subject premises. The Defendant was in charge of the day-to-day operations of said property and the Defendant had a duty to properly maintain its property and a duty to make said property safe for those persons lawfully on said property. Because Willa Nanette Williams was a patron and customer at the

subject premises, this duty was owed to Willa Nanette Williams. The Defendant breached its duty to Willa Nanette Williams.

6. On or about September 15, 2024, Willa Nanette Williams was shopping for a fan when a fan fell from where it was mounted overhead and struck her on the forehead and then struck her forearm. Willa Nanette Williams was injured as a result of this incident. Lowe's Home Centers, LLC, is liable for her resulting injuries and damages.

7. The fan was a hazardous condition on the subject premises.

8. The Defendant breached its duty to Willa Nanette Williams. The direct and proximate cause of Willa Nanette Williams' injuries was the following negligence of the Defendant: The Defendant created the hazardous condition and caused the hazardous condition to exist. The Defendant had actual and/or constructive knowledge of the hazardous condition, but failed to correct it. The hazardous condition had existed for such a sufficient amount of time that the Defendant had constructive knowledge of such hazardous condition, but failed to correct it. The Defendant failed to properly maintain the property. The Defendant failed to warn of the hazardous condition. The Defendant created a human factors trap.

9. As a result of the negligence of Lowe's Home Centers, LLC, Willa Nanette Williams suffered bodily injuries and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, the expense of hospitalization and medical care and treatment, the loss of the ability to earn money, and an aggravation of pre-existing conditions. These damages are permanent in nature and Willa Nanette Williams will continue to suffer said losses in the future.

10. The Defendant, Lowe's Home Centers, LLC, is responsible and liable for these damages.

WHEREFORE the Plaintiff, Willa Nanette Williams, hereby demands judgment for damages against the Defendant, Lowe's Home Centers, LLC, and a trial by jury of all issues so triable.

THE NORTH LAW FIRM, P.A.
Attorney for the Plaintiff
5220 Summerlin Commons Blvd., Suite 300
Fort Myers, Florida 33907
(239) 337-1191

By:____________________________
Joseph R. North, Sr., Esquire
Florida Bar No. 855812

Email Designations:
Primary: jrobertnorth@thenorthlawfirm.org
Secondary: mikelkinser@thenorthlawfirm.org
joseph@thenorthlawfirm.org
clg@thenorthlawfirm.org